UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag No. 12-7331 |
| ANTHONY GERBINO, a/k/a "Beansie" | : | **CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (David M. Eskew, Assistant U.S. Attorney, appearing), and defendant Anthony Gerbino, a/k/a "Beansie" (Marc E. Leibman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from that date this Order is signed through and including January 20, 2014, to allow the parties to finalize a plea agreement by conducting a plea hearing before the District Court, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and this being the seventh request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the Defendant desire additional time to finalize a plea agreement by conducting a plea hearing before the District court, which plea would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 17th day of December, 2013,

ORDERED that this action be, and hereby is, continued from the date this Order is signed through and including January 20, 2014; and it is further

ORDERED that the period from the date this Order is signed through and including Janaury 20, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry consented to:

_____
David M. Eskew
Assistant U.S. Attorney

_____
Jennifer Davenport
Deputy Chief, General Crimes

_____
Marc E. Leibman, Esq.   12/13/13
Counsel for defendant